# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LISA SMITH-GOODMAN, | : | No. 123 EM 2019 |
| Petitioner | : | |
| v. | : | |
| PHILADELPHIA COURT OF COMMON PLEAS FAMILY DIVISION CITY OF PHILADELPHIA, DEPARTMENT OF HUMAN SERVICES, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2020, the "Emergency Application for Extraordinary Relief Pursuant to [Pa.]R.A.P. 3309, 42 Pa.C.S. §726 and under King's Bench Power" is DENIED.